```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

PAULA J. SHAW,                    )
                                  )
    Plaintiff,                    )
                                  )
            v.                    )   NO. 3:12-0247
                                  )
TENNESSEE DEPARTMENT OF           )   Judge Haynes/Bryant
TRANSPORTATION, et al.,           )
                                  )
    Defendants.                   )

## O R D E R

This case has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4). The initial case management conference is reset to **May 8, 2012, at 11:30 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to May 8, 2012.

It is so **ORDERED**.

                                              s/ John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge