IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAULA J. SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-247 |
| | ) | |
| v. | ) | Judge Haynes |
| | ) | Magistrate Judge Bryant |
| TENNESSEE DEPARTMENT OF | ) | |
| TRANSPORTATION and KENNETH | ) | Jury Demand |
| JOSEPH CARPENTER, JR., in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF PARTIAL VOLUNTARY DISMISSAL

It appears to the Court that, by agreement of the parties, Plaintiff Paula Shaw voluntarily dismisses her claims in this case against Defendant Kenneth Joseph Carpenter, Jr. only. The only claims Plaintiff brought against Defendant Carpenter were *Ex Parte Young* claims for injunctive relief, including potential reinstatement and/or other appropriate equitable relief and attorney's fees and costs, based on interference and retaliation theories under the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.* (FMLA). (ECF No. 1, Compl. at ¶ 30). Defendant Tennessee Department of Transportation (TDOT) has agreed to waive its *Eleventh Amendment* immunity as to these claims for purposes of this case only and has consented that Plaintiff Shaw may proceed on her *Ex Parte Young* claims under the FMLA against TDOT instead of Kenneth Joseph Carpenter, Jr., along with her other claims against it under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* (Title VII) and the Rehabilitation Act of 1973, 29 U.S.C. § 701, *et seq.* (RA).

Accordingly, Plaintiff Shaw's FMLA interference and retaliation claims against Defendant Carpenter are dismissed with prejudice. Those FMLA claims and her claims under Title VII and the RA against Defendant TDOT are not dismissed and remain for adjudication.

It is so ORDERED.

Honorable William J. Haynes, Jr.
United States District Judge

Approved for Entry:

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorney for Plaintiff

s/Adam Futrell
Adam Futrell (BPR No. 25394)
Assistant Attorney General
Civil Litigation and State Services Division
Cordell Hull Building, Second Floor
425 Fifth Avenue, North
Nashville, TN 37243-0485
(615) 741-6739

Attorney for Defendant