IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAULA J. SHAW, | ) | |
| | ) | Case No. 3:12cv0247 |
| Plaintiff, | ) | |
| | ) | Judge Haynes |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| | ) | Jury Demand |
| TENNESSEE DEPARTMENT OF | ) | |
| TRANSPORTATION | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Tennessee Department of Transportation, by and through undersigned counsel, hereby respectfully moves this Court for Summary Judgment as to each of the Plaintiff's claims. In support of this Motion, Defendant offers its Memorandum in Support of Defendant's Motion for Summary Judgment, filed contemporaneously herewith.

                                                                Respectfully submitted,

                                                                ROBERT E. COOPER, JR.
                                                                ATTORNEY GENERAL AND REPORTER

                                                                s/ Adam B. Futrell
                                                                Adam B. Futrell (BPR# 025394)
                                                                Assistant Attorney General
                                                                Tennessee Attorney General's Office
                                                                P. O. Box 20207
                                                                Nashville, TN 37202-0207
                                                                (615) 741-1400
                                                                Attorney for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on January 28, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

Douglas B. Janney, III
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215

  Parties may access this filing through the Court's electronic filing system.

                <u>s/ Adam B. Futrell</u>
                Adam B. Futrell