UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PAULA J. SHAW | ) | |
| | ) | |
| v. | ) | NO. 3:12cv0247 |
| | ) | CHIEF JUDGE HAYNES |
| TENNESSEE DEPARTMENT OF TRANSPORTATION | ) ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/8/2013.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk