IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAULA J. SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-247 |
| | ) | |
| v. | ) | Judge Haynes |
| | ) | |
| TENNESSEE DEPARTMENT OF TRANSPORTATION, | ) ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Plaintiff Paula J. Shaw gives notice of her appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment order (ECF No. 35) entered on May 7, 2013.

Respectfully submitted,

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served this Notice of Appeal using the Court's CM/ECF system upon Adam B. Futrell, Assistant Attorney General, Civil Litigation and State Services Division, P.O. Box 20207, Nashville, TN 37202-0207 on May 10, 2013.

s/Douglas B. Janney III
Douglas B. Janney III