# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 02, 2014

Mr. Jay C. Ballard
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

Mr. Douglas B. Janney III
Law Office
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

Re:  Case No. 13-5647, *Paula Shaw v. Tennessee Department of Trans*
Originating Case No. : 3:12-cv-00247

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc:  Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 13-5647

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

PAULA J. SHAW

   Plaintiff - Appellant

v.

TENNESSEE DEPARTMENT OF TRANSPORTATION

   Defendant - Appellee

  In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

parties' stipulation to dismiss,

  It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

       **ENTERED PURSUANT TO RULE 33,**
       **RULES OF THE SIXTH CIRCUIT**
       Deborah S. Hunt, Clerk

Issued: July 02, 2014

       _____